1  QUIN DENVIR, Bar #49374
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROGER LEE OXFORD

FILED

2005 NOV -8 P 3: 19

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
                    DY

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )    NO. 1:05-MJ-00090 SMS
                                           )
12              Plaintiff,                 )    [PROPOSED] ORDER RE:  EXONERATION
                                           )    OF BOND AND RECONVEYANCE OF REAL
13       v.                                )    PROPERTY
                                           )
14  ROGER LEE OXFORD,                      )
                                           )
15              Defendant.                 )
                                           )
16  _____  )

17                            **O R D E R**

18       On June 20, 2005, a Deed of Trust and Certified Straight Note were posted by Ronald Oxford on

19  behalf of Defendant, Roger Lee Oxford.  Defendant Oxford was scheduled to appear in the Western

20  District of Virginia on September 19, 2005.  On September 13, 2005, Magistrate Judge Pamela Meade

21  Sargent of the Western District of Virginia revoked Defendant Oxford's bond and issued a warrant for his

22  arrest.  On September 15, 2005, Defendant Oxford was arrested in the Eastern District of California.  On

23  September 16, 2005, Defendant Oxford appeared before Magistrate Judge Dennis L. Beck of the Eastern

24  District of California, and was ordered detained.  On September 20, 2005, Magistrate Judge Dennis L.

25  Beck committed the defendant to the Western District of Virginia.

26       As Defendant Roger Lee Oxford is currently in custody, and shall remain in custody until his trial

27  date, his brother, Ronald Oxford hereby requests the exoneration of the property bond.

28  ///

1    Accordingly, **IT IS HEREBY ORDERED** that the property bond in the above-captioned case be

2  exonerated and title to the real property located in Hanford, California be reconveyed to the owner,

3  Mr. Ronald Oxford.  It is further ordered that all correspondence regarding reconveyance of the posted

4  property be sent to Mr. Ronald Oxford at the address previously provided to the court.

5

6  DATED:  __11/8/2005__                    _____

7                                                              DENNIS L. BECK
                                                                Chief U.S. Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Re: Exoneration of Bond
and Reconveyance of Real Property                          2

**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**2300 TULARE STREET, SUITE 330**
**FRESNO, CALIFORNIA  93721-2226**
**(559) 487-5561  Fax: (559) 487-5950**

*Quin Denvir*
*Federal Defender*

*Marc C. Ament*
*Fresno Branch Chief*

*Daniel J. Broderick*
*Chief Assistant Defender*

# RECEIVED

NOV – 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## M E M O R A N D U M

DATE:      November 4, 2005

TO:        HONORABLE DENNIS L. BECK

FROM:      VICTOR M. CHAVEZ, Assistant Federal Defender

SUBJECT:   U.S. v. ROGER LEE OXFORD, 1:05-mj-00090

---

On November 2, 2005, Mr. Oxford had his detention hearing in Virginia.  As you can see, he remains detained and his brother Ronald is released as surety.  I believe the property bond should now be exonerated.  Thank you.

VMC:lts
Attachment

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:05cr00030-005 |
| | ) | |
| **ROGER LEE OXFORD,** | ) | **ORDER** |
| | ) | |
| Defendant | ) | By:  Pamela Meade Sargent |
| | ) | **United States Magistrate Judge** |
| | ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, a hearing has been held regarding revocation of the defendant's release pending trial. Based on the evidence presented at this hearing, including but not limited to the facts set forth in the Petition for Action on Conditions of Pretrial Release and the defendant's representation that he is not contesting those facts, I find that the defendant has violated his pretrial release as alleged. Therefore, it is **ORDERED** that the defendant's pretrial release shall be revoked, and he shall be detained pending trial in this matter.

It is further **ORDERED** that the defendant's brother, Ronald Oxford, is hereby released as surety on the defendant's bond.

**Directions Regarding Detention**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk is directed to send copies of this Order to all counsel of record.

ENTER: November 2, 2005.

/s/   *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

- 2 -